# IN THE
## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **Christopher Dale Silvey,** | ) |
| **Plaintiff,** | ) |
| vs. | ) **Civil Action No.** |
| | ) **2:09-cv-01283-JEO** |
| **Prince Telecom, Inc., and Prince Telecom, LLC,** | ) |
| **Defendants.** | ) |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND JOINT STIPULATION FOR VOLUNTARY DISMISSAL OF CLAIMS WITH PREJUDICE

Plaintiff Christopher Dale Silvey ("Plaintiff") and Defendant Prince Telecom, LLC ("Prince Telecom"), by and through their respective undersigned attorneys, hereby file this Joint Motion for Approval of Settlement Agreement and Joint Stipulation for Voluntary Dismissal of Claims With Prejudice ("Joint Motion and Joint Stipulation"). Plaintiff and Prince Telecom state the following in support:

1.  Plaintiff filed a Complaint against Prince Telecom in the United States District Court for the Northern District of Alabama and Prince Telecom filed an

answer and affirmative defenses denying all material allegations and alleging defenses to Plaintiff's claim.  Plaintiff, whose last job title was "Project Manager," was classified by Prince Telecom as "exempt."  Plaintiff asserts he was misclassified as "exempt" and that he was entitled to overtime for work in excess of 40 hours in a work week.  Plaintiff asserts he routinely worked 105 hours a week.  Prince Telecom continues to deny that it owes any unpaid wage or overtime compensation to Plaintiff, denies that that it has violated the FLSA or any other law or regulation relating to the payment of wages, and maintains that it has, at all times, properly compensated Plaintiff and that Plaintiff was properly classified under the FLSA as an "exempt" employee.

2. Plaintiff and Defendant factually dispute the number of hours that the Plaintiff asserts he worked.  Plaintiff and Defendant also dispute the nature of Plaintiff's duties and his authority.

3. The parties have exchanged initial factual disclosures, written discovery, voluminous business correspondence stored in electronic format, and other information informally pursuant to Court rules and the Federal Rules of Civil Procedure, and such disclosures have enabled each party to understand and assess the details and substance of their respective claims and defenses.  Plaintiff has also been deposed.

4. Based on the understandings and independent assessments of each party, the parties, acting at arms length and in good faith, and with the advice of counsel, negotiated and entered into a Settlement Agreement.

5. Pursuant to the Fair Labor Standards Act ("FLSA"), the Court must review and approve agreements settling alleged violations of the FLSA. <u>See</u> <u>Brooklyn Savings Bank v. O'Neil</u>, 324 U.S. 697 (1945); <u>D.A. Schulte, Inc. v. Gangi</u>, 328 U.S. 108 (1946); <u>see</u> <u>also</u> <u>Lynn's Food Stores, Inc. v. United States</u>, 679 F.2d 1350 (11th Cir. 1982) (claims for back wages arising under the FLSA may be settled or compromised only with the approval of the Court or the Secretary of Labor).  Accordingly, Plaintiff and Prince Telecom are submitting copies of the fully executed Confidential Settlement Agreement for the Court's review, ratification, and approval.

6. Plaintiff Christopher Dale Silvey and Prince Telecom entered into a written Settlement Agreement and General Release that memorializes the terms of the settlement.  In exchange for Plaintiff's full and complete release of his claims against Prince Telecom and his voluntary dismissal of this action with prejudice, Prince Telecom has agreed to pay Plaintiff a confidential, agreed sum.  The sum payable under the terms of the Settlement Agreement is inclusive of any and all attorney's fees and expenses to which Plaintiffs' counsel may be entitled under the FLSA.

7. Plaintiff and Prince Telecom agreed that they would submit the instant Joint Motion and Joint Stipulation to this Honorable Court requesting the dismissal of Plaintiffs' claims, with prejudice.

8. Plaintiff and Prince Telecom respectfully request that upon this Court's approval of the Settlement Agreement, the Court dismiss the instant matter with prejudice, with each party to bear his or its own costs.

WHEREFORE, for all the forgoing reasons, the parties jointly request that the Court grant this Joint Motion for Approval of Settlement Agreement and Joint Stipulation For Voluntary Dismissal of Claims With Prejudice, and enter the proposed Order attached hereto.

Respectfully submitted this ___31st_____ day of August, 2010.

*s/ Adam M. Porter*
(with express permission)
Adam M. Porter
2301 Morris Avenue, Suite 102
Birmingham , AL 35203
Email: adamporter@earthlink.net

Attorney for Plaintiff
Christopher Dale Silvey

*s/ James P. Alexander*
James P. Alexander (ASB-2179-D4TJ)
420 Twentieth Street North, Suite 2300
Birmingham, AL  35203
Email:  jalexander@littler.com

Christopher J. Harris
(Georgia Bar No. 288309, Pro Hac Vice)
3344 Peachtree Road, N.E., Suite 1500
Atlanta, GA 30326
Email: cjharris@littler.com

Attorneys for Defendant
Prince Telecom, LLC